UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | EDCV 26-3896-AS | Date | July 14, 2026 |
| Title | *Xiaowei Song v. James Janecha, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings (In Chambers):** **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (Dkt. No. 3, filed July 13, 2026)**

On July 13, 2026, Petitioner, proceeding through counsel, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), challenging his ongoing civil immigration detention at the Adelanto ICE Processing Center in Adelanto, California, within this District. (Dkt. No. 1). On the same day, Petitioner filed am *Ex Parte* Application for a Temporary Restraining Order ("TRO"). (Dkt. No. 3). He asks the Court to order his immediate release from immigration detention, among other relief, on the grounds that his December 2025 arrest without a pre-deprivation hearing violated due process, that he was wrongfully denied release on bond in June 2026, and that he has not received mental health treatment despite a clinical social worker's March 2026 diagnosis of a delusional disorder. (See Petition at 11-20; TRO Application at 4-17).

General Order 26-05 sets forth an expedited briefing schedule for petitions for writs of habeas corpus under 28 U.S.C. § 2241 by persons seeking immigration related relief. *See* Central District General Order No. 26-05 ("General Order 26-05"). Petitioner's petition is governed by General Order 26-05. (See Dkt. No. 6). The filing of Petitioner's *ex parte* motion for a TRO does not alter or suspend the parties' obligations under the expedited briefing schedule set forth in the Notice of General Order 26-05 and Briefing Schedule. (Dkt. No. 6).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | EDCV 26-3896-AS | Date | July 14, 2026 |
| Title | *Xiaowei Song v. James Janecha, et al.* | | |

Pursuant to the General Order, Respondents shall file an answer to the Petition and the TRO on July 21, 2026. Petitioner shall file a Reply on or before July 24, 2026. Id. The matter will be under submission upon the filing of the Reply or the day after it is due.

IT IS SO ORDERED.

0 : 00

Initials of Preparer AF