JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

XIAOWEI SONG,

Petitioner,

v.

JAMES JANECHA, et al.,

Respondents.

Case No. EDCV 26-3896-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is DENIED.

DATED: July 23, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE